Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel, Esq.
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR DANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZOETOP BUSINESS CO., LTD, et al, <br><br> Defendants. | Case No.: 2:22-cv-07730-SPG-MRW <br> *Hon. Sherilyn Peace Garnett Presiding* <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants Zoetop Business Co., Ltd. and Shein Distribution Corp., on the other, hereby STIPULATE as follows:

1. The entire action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that Rule does not require an Order.

SO STIPULATED.

Dated: January 25, 2024     By:    */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff(s)

Dated: January 25, 2024     By:    */s/ Morgan E. Pietz*
Morgan E. Peitz, Esq.
PIETZ AND SHAHRIARI LLP
Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.